UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

ALVIN WHITESIDE,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)

CASE NO. CR24-186 JHC

DETENTION ORDER

Offenses charged:

1. Conspiracy to Distribute Controlled Substances.

2. Possession of Controlled Substances with Intent to Distribute

3. Carrying a Firearm During and in Relation to a Drug Trafficking Crime

Date of Detention Hearing:    February 23, 2026.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure

DETENTION ORDER
PAGE -1

the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years.   There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2.     Defendant poses a danger to the community based on the nature of the alleged offenses.   It is alleged that Defendant engaged in trafficking fentanyl, cocaine, crack cocaine, PCP and methamphetamine, and a firearm was found alongside the controlled substances. After officers searched his vehicle he was arrested and then released.   He then immediately sought out thousands more fentanyl pills from his co-conspirator.   The weight of the evidence is significant, given the wiretap interception and search of his vehicle.   He has a prior federal conviction for unlawful possession of a firearm, and violated supervision after release, involving the commission of new crimes.   He has a significant criminal history spanning decades, involving violent offenses, firearms and controlled substances.   He is facing a fifteen-year mandatory minimum which provides an incentive to flee.

3.     There does not appear to be any condition or combination of conditions that will assure Defendant's appearance and address the danger to other persons or the community.

It is therefore ORDERED:

1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER
PAGE -2

3.  On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 23rd Day of February, 2026.

_____
S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3