UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALVIN WHITESIDE,<br><br>          Defendant | Case No. CR24-186-JHC<br><br>ORDER |

This matter having come before the Court on the defendant's Unopposed Motion for Extension of Pre-Trial Motions Deadline (ECF No.345) the Court have reviewed the files herein NOW AND THERFORE:

The Motion is GRANTED; any objections to the Pre-Trial Motions Deadline is extended to July 27, 2026.

Done this 25th day of June, 2026.

_____
John H. Chun
United States District Judge

ORDER                                                      - 1