UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>v.<br><br>ALVIN WHITESIDE<br>Defendant. | NO. CR24-186-JHC<br><br>ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal (Dkt. # 368) and because of the sensitive information contained in Exhibits 2, 3, and 4 to the Government's Response to Defendant's Motion to Suppress,

It is hereby ORDERED that Exhibits 2, 3, and 4 shall remain sealed.

DATED this 31st day of August, 2026.

John H. Chun
JOHN H. CHUN
United States District Judge