UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALVIN WHITESIDE,<br><br>Defendant. | Case No. 24-cr-186-JHC-6<br><br>ORDER |

This matter comes before the Court on Defendant's Motion for Leave to File Pre-Trial Motions (Dkt. # 394), the Court having reviewed the files herein, NOW AND THERFORE:

The Motion is GRANTED.

Dated this 15th day of September, 2026.

John H. Chun

John H. Chun
United States District Judge